PER CURIAM.
Reversed. See McIntyre v. Ohio Elections Comm’m, 514 U.S. 334, 115 S.Ct. 1511, 131 L.Ed.2d 426 (1995); Doe v. Mortham, 708 So.2d 929, 934 (Fla.1998) (“We hold that section 106.143(l)(b) is inapplicable to the personal pamphleteering of “individuals acting independently and using only 'their own modest resources. ’ ” [McIntyre,] 514 U.S. at 351, 115 S.Ct. at 1521.” (emphasis supplied)).
DAVIS and BENTON, JJ., CONCUR; PADOVANO, J., DISSENTS WITH OPINION.